UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD KOUNTZE, et al.,

    Petitioners,

    v.

CHARLES KOUNTZE, et al.,

    Respondents.
_____/

No. C 12-5079 PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copy of respondents' motion for Rule 11 sanctions was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☒ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☒ is not usable for another reason – It appears to include numerous

declarations with attached exhibits, but none of the declarations are separately fastened. The court is unable to make use of a thick multi-part document which will fall apart once the binder clip is removed.

The paper used for the above-described chambers copy has been recycled by the court. No later than November 30, 2012, respondent shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: November 26, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

2